UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| SIGMA CORPORATION,<br><br>   Plaintiff,<br><br> v.<br><br>UNITED STATES,<br><br>   Defendant<br><br> and<br><br>ISLAND INDUSTRIES,<br><br>   Defendant-Intervenor. | Before: Leo M. Gordon, Judge<br><br>Court No. 19-00003 |

**ORDER**

Upon consideration of Defendant's motion for a stay of further proceedings, ECF No. 80, it is hereby

**ORDERED** that Defendant's motion to stay is denied; and it is further

**ORDERED** that the remand results in this action shall be due within 30 days of the date on which Congress appropriates funds for the U.S. Department of Justice and the agency responsible for the underlying determination to continue its work.

                     /s/ Leo M. Gordon
                     Judge Leo M. Gordon

Dated: October 6, 2025
   New York, New York