UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: THE HONORABLE LEO M. GORDON, JUDGE

| | |
|---|---|
| SIGMA CORPORATION, )<br>)<br>    *Plaintiff*, )<br>)<br>v. )<br>)<br>UNITED STATES, )<br>)<br>    *Defendant*, )<br>)<br>and )<br>)<br>ISLAND INDUSTRIES, )<br>)<br>    *Defendant-Intervenor*. )<br>) | Court No. 19-00003 |

### STIPULATION OF DISMISSAL AND MOTION TO VACATE ORDER

**PLEASE TAKE NOTICE** that Plaintiff, pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of International Trade, having filed a stipulation of dismissal signed by all parties who have appeared in this action, dismisses this action. The parties further respectfully request that the Court vacate the Order entered on July 7, 2025 (ECF No. 79), to give effect to the dismissal by putting the parties in the same position as they were before the complaint was filed.

Dated: December 4, 2025

        **On behalf of SIGMA Corporation:**

        /s/ Jay C. Campbell
        Jay C. Campbell
        jcampbell@whitecase.com
        Ron Kendler
        ron.kendler@whitecase.com

        WHITE & CASE LLP
        701 Thirteenth Street, N.W.
        Washington, DC 20005
        tel.: (202) 626-3600
        fax: (202) 639-9355

|  |  |
|---|---|
|  | **On behalf of Defendant United States:** |
|  | BRETT A. SHUMATE<br>Assistant Attorney General |
|  | PATRICIA M. McCARTHY<br>Director |
|  | /s/ TARA K. HOGAN<br>TARA K. HOGAN<br>Assistant Director |
| OF COUNSEL:<br>JACK DUNKELMAN<br>Attorney<br>Office of the Chief Counsel<br>for Trade Enforcement and Compliance<br>U.S. Department of Commerce | /s/ Anne M. Delmare<br>ANNE M. DELMARE<br>Trial Counsel<br>U.S. Department of Justice<br>Commercial Litigation Branch, Civil Division<br>P.O. Box 480, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 305-0531 |
|  | **On behalf of Defendant-Intervenor Island Industries:** |
|  | /s/ Matthew Jon McConkey<br>Matthew Jon McConkey<br>mmcconkey@mayerbrown.com |
|  | MAYER BROWN LLP<br>1999 K Street, NW<br>Washington, DC 20006<br>(202) 263-3235 |
|  | *Counsel for Defendant-Intervenor Island Industries* |